AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

**Southern District of Texas FILED**
JAN 17 2022
Nathan Ochsner, Clerk

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Antonio LOPEZ-Chavez

AKA:
IAE    YOB: 1990
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-22-79-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 3, 2022** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)** (Felony)
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On January 3, 2022, Antonio LOPEZ-Chavez a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on January 17, 2022. Record checks revealed the defendant was deported, excluded or removed from the United States to Mexico on March 27, 2018 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on January 17, 2022.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA R. Guerra

/S/ Timothy Conway
**Signature of Complainant**

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

Timothy Conway    Deportation Officer
**Printed Name and Title of Complainant**

**January 17, 2022** at 2:16 p.m.
Date

at McAllen, Texas
City and State

J. Scott Hacker    U.S. Magistrate Judge
**Name and Title of Judicial Officer**

Signature of Judicial Officer